## IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF OKLAHOMA

|                          |     |                          |
|--------------------------|-----|--------------------------|
| ALVARO ORTIZ,            | )   |                          |
|                          | )   |                          |
| Petitioner,              | )   |                          |
|                          | )   |                          |
| vs.                      | )   | Case No. CIV-06-834-M    |
|                          | )   |                          |
| JOSEPH SCIBANA, WARDEN,  | )   |                          |
|                          | )   |                          |
| Respondent.              | )   |                          |

### ORDER

On September 28, 2006, United States Magistrate Judge Valerie K. Couch issued a Report and Recommendation in this action brought pursuant to 28 U.S.C. § 2241, seeking a writ of habeas corpus. The Magistrate Judge recommended that the Petition for Writ of Habeas Corpus be summarily dismissed without prejudice to refiling petitioner's claims in a civil rights action pursuant to *Bivens v. Six Unknown Named Agents of the Federal Bureau of Narcotics*, 403 U.S. 388 (1971). Petitioner was advised of his right to object to the Report and Recommendation by October 18, 2006. A review of the file reveals no objection has been filed.

Upon de novo review, the Court:

(1)  ADOPTS the Report and Recommendation issued by the Magistrate Judge on September 28, 2006, and

(2)  DISMISSES the Petition for Writ of Habeas Corpus without prejudice to the refiling of petitioner's claims in a civil rights action pursuant to *Bivens*.

**IT IS SO ORDERED this 31st day of October, 2006.**

VICKI MILES-LaGRANGE
UNITED STATES DISTRICT JUDGE